# EXHIBIT C

| US 8,572,929 | Portella's Accused Products |
|---|---|
| **1[pre]** A window or door element having a metal frame and an insulated glass pane inserted into the frame, | The Accused Products include a window or door element having a metal frame.<br><br><br><br>Source: **Exhibit B** (hereinafter "Portella Brochure") at 9.<br><br>The minimal aesthetics of solid steel sections combined with the master of old world artistry and their ability to shape windows is unique. The slender lines appear to lose weight and to give lightness to the frames, emphasizing the transparency of the façade.<br><br>– Thickest Steel used in the industry yet the thinnest profiles available anywhere<br>– Strong Precision Cut Carbon Steel Profiles<br>– Solid Bronze, Stainless Steel and Corten available<br>– Proprietary in house fabricated slender profiles<br>– 1" Simulated Divided Lite option to minimize every sight line<br>– 1" or 1-1/4" True Divided Lite option for that true steel look and feeling<br>– Corner Welded Glazing Bead (not just caulked) to avoid leaking in corners<br>– Five optional glazing bead options<br>– NFRC Rated to comply with building code<br>– Dual insulated Cardinal LowE glass with optional Triple Glaze for added insulation<br>– Factory wet glaze glass system eliminates exterior moisture penetration<br>– Welded stainless steel hinges with vertical adjustable hinge post<br>– 4 Different Continuous Solid Steel Welded Nail Flange options for added strength and moisture protection<br>– Premium Paint Finishes: Six matte and Five Patina<br>– Exceptional 10-year warranty<br>– Outstanding service from Concept to Completion<br><br>CLASSIC STEEL AVAILABLE IN:<br>• FIXED WINDOWS<br>• CURAIN WALL SYSTEMS<br>• CASEMENT WINDOWS- PUSH OUT AND ROTO CRANK OUT<br>• AWNING WINDOWS- PUSH OUT AND ROTO CRANK OUT<br>• GAS SPRING AWNING WINDOWS<br>• HOPPER WINDOWS<br>• SLIDING AND MULTI-SLIDE WINDOWS<br>• LIFT & SLIDE WINDOWS<br>• TILT & TURN WINDOWS<br>• HORIZONTAL & VERTICAL CENTER PIVOT WINDOWS<br>• CIRCLE, OVAL, OCTOGON, RAKE SHAPE WINDOWS<br>• BUTT GLAZED CORNER WINDOWS<br>• SWING IN & SWING OUT DOORS<br>• FIXED AND OPERABLE SIDELITES<br>• BI-FOLD DOORS<br>• SLIDING AND MULTI-SLIDE STACKING DOORS<br>• SLIDING AND MULTI-SLIDE POCKETING DOORS<br>• LIFT & SLIDE STACKING DOORS<br>• LIFT & SLIDE POCKETING DOORS<br>• PIVOT DOORS<br>• DUTCH DOORS<br>• TILT-UP DOORS<br>• HANGER DOORS<br><br>Source: Portella Brochure at 9 (annotated). |

| US 8,572,929 | Portella's Accused Products |
|---|---|
|  | The Accused Products further include an insulated glass pane inserted into the frame. <br><br> The minimal aesthetics of solid steel sections combined with the master of old world artistry and their ability to shape windows is unique. The slender lines appear to lose weight and to give lightness to the frames, emphasizing the transparency of the façade. <br><br> **CLASSIC STEEL AVAILABLE IN:** <br> – Thickest Steel used in the industry yet the thinnest profiles available anywhere <br> – Strong Precision Cut Carbon Steel Profiles <br> – Solid Bronze, Stainless Steel and Corten available <br> – Proprietary in house fabricated slender profiles <br> – 1" Simulated Divided Lite option to minimize every sight line <br> – 1" or 1-1/4" True Divided Lite option for that true steel look and feeling <br> – Corner Welded Glazing Bead (not just caulked) to avoid leaking in corners <br> – Five optional glazing bead options <br> – NFRC Rated to comply with building code <br> – Dual insulated Cardinal LowE glass with optional Triple Glaze for added insulation <br> – Factory wet glaze glass system eliminates exterior moisture penetration <br> – Welded stainless steel hinges with vertical adjustable hinge post <br> – 4 Different Continuous Solid Steel Welded Nail Flange options for added strength and moisture protection <br> – Premium Paint Finishes: Six matte and Five Patina <br> – Exceptional 10-year warranty <br> – Outstanding service from Concept to Completion <br><br> • FIXED WINDOWS <br> • CURAIN WALL SYSTEMS <br> • CASEMENT WINDOWS- PUSH OUT AND ROTO CRANK OUT <br> • AWNING WINDOWS- PUSH OUT AND ROTO CRANK OUT <br> • GAS SPRING AWNING WINDOWS <br> • HOPPER WINDOWS <br> • SLIDING AND MULTI-SLIDE WINDOWS <br> • LIFT & SLIDE WINDOWS <br> • TILT & TURN WINDOWS <br> • HORIZONTAL & VERTICAL CENTER PIVOT WINDOWS <br> • CIRCLE, OVAL, OCTOGON, RAKE SHAPE WINDOWS <br> • BUTT GLAZED CORNER WINDOWS <br> • SWING IN & SWING OUT DOORS <br> • FIXED AND OPERABLE SIDELITES <br> • BI-FOLD DOORS <br> • SLIDING AND MULTI-SLIDE STACKING DOORS <br> • SLIDING AND MULTI-SLIDE POCKETING DOORS <br> • LIFT & SLIDE STACKING DOORS <br> • LIFT & SLIDE POCKETING DOORS <br> • PIVOT DOORS <br> • DUTCH DOORS <br> • TILT-UP DOORS <br> • HANGER DOORS <br><br> Source: Portella Brochure at 9 (annotated). <br><br> **CASEMENT** INT. EXT. Insulated glass pane <br><br> Source: Portella Brochure at 7 (annotated). |

| US 8,572,929 | Portella's Accused Products |
|---|---|
| **1[a]** wherein the frame comprises an outer flat metal frame having an inner cutout, | The frame of the Accused Products includes an outer flat metal frame having an inner cutout.<br><br>Source: Portella Brochure at 7 (annotated). |
| **1[b]** an inner flat metal frame having an inner cutout, | The frame of the Accused Products further includes inner flat metal frame having an inner cutout.<br><br>Source: Portella Brochure at 7 (annotated). |

C-3

| US 8,572,929 | Portella's Accused Products |
|---|---|
| **1[c]** and an insulation body positioned between the outer flat metal frame and the inner flat metal frame, using sandwich construction; and | The frame of the Accused Products further includes an insulation body positioned between the outer flat metal frame and the inner flat metal frame. Further, the insultation body of the Accused Products is positioned between the outer flat metal frame and the inner flat metal frame using sandwich construction, as shown below.<br><br><br><br>Source: Portella Brochure at 7 (annotated). |
| **1[d]** wherein the inner cutout of the outer flat metal frame is slightly smaller than the inner cutout of the inner flat metal frame, | The inner cutout of the outer flat metal frame of the Accused Products is slightly smaller than the inner cutout of the inner flat metal frame.<br><br><br><br>Source: Portella Brochure at 7 (annotated). |

C-4

| US 8,572,929 | Portella's Accused Products |
|---|---|
| **1[e]** in order to form a circumferential contact ridge for the insulated glass pane. | A circumferential contact ridge for the insulated glass pane is formed in the Accused Products.<br><br><br><br>Source: Portella Brochure at 7 (annotated). |

C-5